UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMIE WAMBLES,

    Plaintiff,

v.                                                         Case No. 3:24cv173-MCR-HTC

J. BROWN,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 14, 2024, recommending that Wambles' Motion for Temporary Injunction (ECF. No. 5) be denied.  ECF No. 6.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

2.    The Motion for Temporary Injunction (ECF No. 5) is DENIED.

3. The clerk is directed to refer this matter back to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 24th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**